**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 99.101.235.135**

**ISP:** AT&T U-verse
**Physical Location:** Pearland, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/03/2019 18:13:07 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 01/03/2019 11:37:33 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 01/03/2019 04:53:41 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 01/03/2019 04:52:36 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 01/03/2019 04:38:01 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 12/06/2017 16:55:30 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX256